# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STACY HENRY; et al., | ) |
| | ) |
| Plaintiffs, | ) 2:09- CV - 02105- PMP- VCF |
| v. | ) |
| | ) **O R D E R** |
| LENNAR CORPORATION; et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the undersigned Magistrate Judge on the Third-Party Defendant Framecon, Inc.'s Ex-Parte Motion to Continue Discovery Deadlines on Order Shortening Time (dkt. 125).

IT IS HEREBY ORDERED that counsel shall file an opposition to the Third-Party Defendant Framecon, Inc.'s Ex-Parte Motion to Continue Discovery Deadlines on Order Shortening Time (dkt. 125) on or before Wednesday, December 28, 2011 and a reply shall be filed on or before Wednesday, January 4, 2012. The Court shall distribute a copy of the Ex-Parte Motion to Continue Discovery Deadlines (dkt. 125) and this Order to all parties.

IT IS FURTHER ORDERED that the time for hearing of the Third-Party Defendant Framecon, Inc.'s Ex-Parte Motion to Continue Discovery Deadlines on Order Shortening Time (dkt. 125) is hereby set for Wednesday, January 18, 2012 at 9:00 a.m. in Courtroom 3D.

In his Affidavit In Support of Order Shortening Time, attorney David M. Gardner, Nevada State Bar Number 12375, forthrightly discloses that he as not yet been admitted to practice in the United States District Court, District of Nevada.

IT IS FURTHER ORDERED that Mr. Gardner may not continue to represent his client in this

1 case unless he gains admission to the bar of this Court, in compliance with LR IA 10-1.

2     DATED this 15th day of December, 2011.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

2