UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STACY HENRY, VINCENT HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>LENNAR CORPORATION;<br>GREYSTONE NEVADA, LLC;<br>GREYSTONE HOMES OF NEVADA, INC.,<br><br>Defendants. | 2:09-CV-02105-PMP-LRL<br><br>**<u>ORDER</u>** |
| GREYSTONE NEVADA, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ATRIUM DOOR & WINDOW COMPANY; CHAMPION DRYWALL INC., OF NEVADA, et al.,<br><br>Third-Party Defendants. | |

Before the Court for consideration is Third-Party Defendant DRI Residential's Motion for Good Faith Settlement (Doc. #126) filed December 15, 2011, no opposition has been filed to Third-Party Defendant's Motion, and a review of the motion indicates clearly that the settlement proposed was reached in good faith, and is fair and reasonable.

///

1 **IT IS THEREFORE ORDERED** that Third-Party Defendant DRI Residential's Motion for Good Faith Settlement (Doc. #126) is **GRANTED**.

DATED: January 3, 2012.

_____
PHILIP M. PRO
United States District Judge