UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STACY HENRY, VINCENT HENRY, | 2:09-CV-02105-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| LENNAR CORPORATION; GREYSTONE NEVADA, LLC; GREYSTONE HOMES OF NEVADA, INC., | |
| Defendants. | |
| GREYSTONE NEVADA, LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| ATRIUM DOOR & WINDOW COMPANY; CHAMPION DRYWALL INC., OF NEVADA, et al., | |
| Third-Party Defendants. | |

Before the Court for consideration is Third-Party Defendant DRI Residential's Motion for Good Faith Settlement (Doc. #126) filed December 15, 2011, no opposition has been filed to Third-Party Defendant's Motion, and a review of the motion indicates clearly that the settlement proposed was reached in good faith, and is fair and reasonable.

///

1    **IT IS THEREFORE ORDERED** that Third-Party Defendant DRI

2  Residential's Motion for Good Faith Settlement (Doc. #126) is **GRANTED**.

3

4  DATED:  January 3, 2012.

5

6  _____

7  PHILIP M. PRO
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2