**ORDR**
LEONARD T. FINK, ESQ.
Nevada Bar No.  6296
DAVID S. SCHOPICK, ESQ.
Nevada Bar No.  6119
DAVID M. GARDNER, ESQ.
Nevada Bar No. 12375
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, NV  89144
Telephone:  (702) 804-0706
Facsimile:   (702) 804-0798
E-Mail:      lfink@springelfink.com
             dschopick@springelfink.com
             dgardner@springelfink.com

Attorneys for Third-Party Defendant
FRAMECON, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

STACY HENRY; VINCENT HENRY,                )  Case No.: 2:09-CV-02105-PMP-LRL
                                           )
                      Plaintiffs,          )
                                           )
vs.                                        )
                                           )  **ORDER ON SPRINGEL & FINK LLP'S**
LENNAR CORPORATION; GREYSTONE              )  **MOTION TO WITHDRAW AS ATTORNEYS**
NEVADA, LLC; GREYSTONE HOMES OF            )  **OF RECORD FOR FRAMECON, INC.**
NEVADA, INC.; DOE INDIVIDUAL 1-100; and    )
ROE BUSINESS OR GOVERNMENTAL               )

-1-

ENTITIES 1-100,

                   Defendants. )

GREYSTONE NEVADA, LLC,

            Third-Party Plaintiff,

vs.

ATRIUM DOOR & WINDOW COMPANY;
CHAMPION DRYWALL, INC. OF NEVADA;
DRI RESIDENTIAL CORPORATION-NEVADA;
EAGLE PLASTERING DBA SUNDANCE
PLASTERING; EXECUTIVE PLUMBING, INC.;
FRAMECON, INC.; FLOOR-N-MORE, LLC
DBA CARPETS-N-MORE; GUY EVANS, INC.;
HIRSCHI MASONRY, LLC; METRO
ELECTRIC; RED ROCK MECHANICAL, LLC;
ROADRUNNER DRYWALL CORP.;
SACRAMENTO INSULATION
CONTRACTORS DBA GALE BUILDING
PRODUCTS; TITAN STAIRS & TRIM, INC.;
AND DOES 100 through 200, inclusive,

           Third-Party Defendants.

## ORDER ON SPRINGEL & FINK LLP'S MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR FRAMECON, INC.

      This matter having come before this Court on February 28, 2012, on Springel & Fink LLP's Motion to Withdraw as Attorneys of Record for Framecon, Inc.; the Court having heard oral argument and reviewed all pleadings and papers on file herein; and good cause appearing;

      IT IS HEREBY ORDERED that Springel & Fink LLP's Motion to Withdraw as Attorneys of

\\\

\\\

\\\

1  Record for Framecon, Inc. is granted.  The last known contact information for Framecon, Inc. is:  Ryan
2  Stewart, 3638 N. Rancho Dr., Las Vegas, NV 89130, (702) 382-0566.
3       DATED and DONE this 5th day of March, 2012.

                _____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Submitted by:

     SPRINGEL & FINK LLP

By: _____
     LEONARD T. FINK, ESQ.
     Nevada Bar No.  6296
     DAVID S. SCHOPICK, ESQ.
     Nevada Bar No.  6119
     DAVID M. GARDNER, ESQ.
     Nevada Bar No.  12375
     10655 Park Run Dr., Suite 275
     Las Vegas, NV 89144

                  ###