**ORDR**
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
DAVID S. SCHOPICK, ESQ.
Nevada Bar No. 6119
DAVID M. GARDNER, ESQ.
Nevada Bar No. 12375
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, NV  89144
Telephone:  (702) 804-0706
Facsimile:    (702) 804-0798
E-Mail:       lfink@springelfink.com
              dschopick@springelfink.com
              dgardner@springelfink.com

Attorneys for Third-Party Defendant
FRAMECON, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| STACY HENRY; VINCENT HENRY, | Case No.: 2:09-CV-02105-PMP-LRL |
| Plaintiffs, | |
| vs. | **ORDER ON SPRINGEL & FINK LLP'S MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR FRAMECON, INC.** |
| LENNAR CORPORATION; GREYSTONE NEVADA, LLC; GREYSTONE HOMES OF NEVADA, INC.; DOE INDIVIDUAL 1-100; and ROE BUSINESS OR GOVERNMENTAL | |

ENTITIES 1-100,

      Defendants.

___

GREYSTONE NEVADA, LLC,

      Third-Party Plaintiff,

vs.

ATRIUM DOOR & WINDOW COMPANY; CHAMPION DRYWALL, INC. OF NEVADA; DRI RESIDENTIAL CORPORATION-NEVADA; EAGLE PLASTERING DBA SUNDANCE PLASTERING; EXECUTIVE PLUMBING, INC.; FRAMECON, INC.; FLOOR-N-MORE, LLC DBA CARPETS-N-MORE; GUY EVANS, INC.; HIRSCHI MASONRY, LLC; METRO ELECTRIC; RED ROCK MECHANICAL, LLC; ROADRUNNER DRYWALL CORP.; SACRAMENTO INSULATION CONTRACTORS DBA GALE BUILDING PRODUCTS; TITAN STAIRS & TRIM, INC.; AND DOES 100 through 200, inclusive,

      Third-Party Defendants.

___

## ORDER ON SPRINGEL & FINK LLP'S MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR FRAMECON, INC.

This matter having come before this Court on February 28, 2012, on Springel & Fink LLP's Motion to Withdraw as Attorneys of Record for Framecon, Inc.; the Court having heard oral argument and reviewed all pleadings and papers on file herein; and good cause appearing;

IT IS HEREBY ORDERED that Springel & Fink LLP's Motion to Withdraw as Attorneys of

\\\

\\\

\\\

-2-

1  Record for Framecon, Inc. is granted. The last known contact information for Framecon, Inc. is: Ryan
2  Stewart, 3638 N. Rancho Dr., Las Vegas, NV 89130, (702) 382-0566.
3       DATED and DONE this 5th day of March, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Submitted by:

SPRINGEL & FINK LLP

By: _____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
DAVID S. SCHOPICK, ESQ.
Nevada Bar No. 6119
DAVID M. GARDNER, ESQ.
Nevada Bar No. 12375
10655 Park Run Dr., Suite 275
Las Vegas, NV 89144

###

-3-