UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STACY HENRY, VINCENT HENRY, | 2:09-CV-02105-PMP-VCF |
| Plaintiffs, | |
| vs. | **ORDER** |
| LENNAR CORPORATION, GREYSTONE NEVADA, LLC, GREYSTONE HOMES OF NEVADA, INC., | |
| Defendants. | |

For the reasons set forth in the unopposed Motion of Third-Party Defendant Champion Drywall, Inc. of Nevada for Determination of Good Faith Settlement (Doc. #163), and good cause appearing,

**IT IS THEREFORE ORDERED** that Third-Party Defendant Champion Drywall, Inc. of Nevada's Motion for Determination of Good Faith Settlement (Doc. 163) is **GRANTED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge