UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STACY HENRY, VINCENT HENRY,<br><br>Plaintiff,<br><br>v.<br><br>LENNAR CORPORATION; GREYSTONE NEVADA, LLC; DOE INDIVIDUALS 1-100; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1-100,<br><br>Defendant. | Case No. 2:09-CV-02105-PMP-LRL<br><br>**ORDER ON GREYSTONE NEVADA, LLC'S MOTION FOR SUMMARY JUDGMENT AGAINST FRAMECON, INC.** |
| GREYSTONE NEVADA LLC,<br><br>Third Party Plaintiff,<br><br>v.<br><br>ATRIUM DOOR & WINDOW COMPANY; CHAMPION DRYWALL INC. OF NEVADA; DRI RESIDENTIAL CORPORATION-NEVADA; EAGLE PLASTERING DBA SUNDANCE PLASTERING; EXECUTIVE PLUMBING, INC.; FRAMECON, INC.; FLOORS-N-MORE, LLC DBA CARPETS-N-MORE; GUY EVANS, INC.; HIRSCHI MASONRY, LLC; METRO ELECTRIC; RED ROCK MECHANICAL, LLC; ROADRUNNER DRYWALL CORP.; SACRAMENTO INSULATION CONTRACTORS DBA GALE BUILDING PRODUCTS; TITAN STAIRS & TRIM, INC.; AND DOES 100 through 200, inclusive,<br><br>Third Party Defendants. | |

Having considered Defendant/Third-Party Plaintiff Greystone Nevada, LLC's Motion for Summary Judgment Against Framecon, Inc., having received no opposition, and good cause appearing therefor:

///

1  IT IS HEREBY ORDERED that Greystone Nevada, LLC's Motion for Summary
2  Judgment Against Framecon, Inc. is GRANTED.
3  IT IS FURTHER ORDERED  that judgment be entered in is entered in favor of Greystone
4  and against Framecon for **$333,909.94**, as follows:

    (1)  Framecon will pay Greystone damages in the amount of $25,930.50 for property damage resulting from continuing water leaks caused by Framecon's negligent installation of windows at Plaintiff Stacy Henry's residence;

    (2)  Framecon will pay Greystone damages in the amount of $26,187.67 for the amount of the settlement sum Greystone paid to Plaintiffs that is allocable to property damage resulting from Framecon's negligent installation of windows at Plaintiff Stacy Henry's residence;

    (3)  Framecon will pay Greystone damages in the amount of $271,059.27 for the attorney's fees and costs Greystone incurred investigating, responding to, and defending claims of property damage, including property damage resulting from Framecon's work; and

    (4)  Framecon will pay Greystone damages in the amount of $10,732.50, for the attorney's fees and costs Greystone incurred bringing its motion for summary judgment against Framecon.

IT IS FURTHER ORDERED that Greystone is granted leave until **August 20, 2012**, to conduct discovery regarding Framecon's insurance coverage.

IT IS FURTHER ORDERED that Greystone is granted leave until **September 19, 2012**, to amend its third-party complaint to join and assert claims against Framecon's insurers who may be liable to satisfy all or part of the judgment entered in favor of Greystone and against Framecon.

IT IS SO ORDERED

DATED: _ May 29, 2012.

                                                            HON. PHILIP M. PRO

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 382-3574