UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| STACEY HENRY and VINCENT HENRY, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:09-cv-02105-PMP-VCF |
| v. | ) ) | |
| LENNAR CORPORATION, et al., | ) ) | ORDER |
| Defendants. | ) ) ) | |
| AND ALL RELATED THIRD PARTY CLAIMS. | ) ) ) ) | |

The Court held a status conference in this case on October 11, 2012, at which the Court ordered that the Third Party Plaintiffs had until October 19, 2012 to resolve the case by mediation or to file a Third Party Complaint by October 26, 2012. (Mins. of Proceedings (Doc. #175).) Nothing has been filed in this matter since the October 11, 2012 status conference.

IT IS ORDERED that the parties shall file a status report on or before November 13, 2012, or the Court will dismiss this action.

DATED: November 6, 2012

_____
PHILIP M. PRO
United States District Judge