UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STACEY HENRY and VINCENT HENRY,<br><br>          Plaintiffs,<br><br>v.<br><br>LENNAR CORPORATION, et al.,<br><br>          Defendants.<br><br>AND ALL RELATED THIRD PARTY CLAIMS. | 2:09-cv-02105-PMP-VCF<br><br><br>ORDER |

IT IS ORDERED that Third Party Plaintiff Greystone Nevada, LLC's request for thirty days in which to file a motion for judicial assignment of a judgment debtor's claims against its insurance carriers is hereby GRANTED.

IT IS FURTHER ORDERED that Third Party Plaintiff Greystone Nevada, LLC shall file such a motion on or before January 4, 2013.

IT IS FURTHER ORDERED that absent any further filings on or before January 11, 2013, the Court will dismiss this action.

DATED: December 4, 2012

_____
PHILIP M. PRO
United States District Judge