UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STACEY HENRY and VINCENT HENRY, | |
| Plaintiffs, | 2:09-cv-02105-PMP-VCF |
| v. | |
| LENNAR CORPORATION, et al., | ORDER |
| Defendants. | |
| AND ALL RELATED THIRD PARTY CLAIMS. | |

IT IS ORDERED that Third Party Plaintiff Greystone Nevada, LLC's request for thirty days in which to file a motion for judicial assignment of a judgment debtor's claims against its insurance carriers is hereby GRANTED.

IT IS FURTHER ORDERED that Third Party Plaintiff Greystone Nevada, LLC shall file such a motion on or before January 4, 2013.

IT IS FURTHER ORDERED that absent any further filings on or before January 11, 2013, the Court will dismiss this action.

DATED: December 4, 2012

_____
PHILIP M. PRO
United States District Judge