UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| STACEY  HENRY and VINCENT HENRY,<br><br>                    Plaintiffs,<br><br> v.<br><br>LENNAR CORPORATION, et al.,<br><br>                    Defendants.<br><br>AND ALL RELATED THIRD PARTY CLAIMS. | 2:09-cv-02105-PMP-VCF<br><br><br>ORDER |

On December 4, 2012, this Court granted Third Party Plaintiff Greystone Nevada, LLC's request for thirty days in which to file a motion for judicial assignment of a judgment debtor's claims against its insurance carriers.  (Order (Doc. #180).)  The Court ordered that Third Party Plaintiff Greystone Nevada, LLC file any such motion on or before January 4, 2013 or the Court would dismiss this action.  Third Party Plaintiff Greystone Nevada, LLC did not file a motion or any other document on or before January 4, 2013.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED.

DATED:  January 9, 2013

_____
PHILIP M. PRO
United States District Judge